IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ERIK McDONALD, JR.,

                Plaintiff,                      ORDER

v.

                                          11-cv-113-wmc

MATTHEW GRANT,

                Defendant.

---

On April 9, 2012, defendant filed a motion for summary judgment, dkt. 28. In his brief in support of his motion for summary judgment, plaintiff frequently cites to his proposed findings of fact. However, the court has not received this document. Accordingly, I will stay briefing on plaintiff's motion for summary judgment until the court receives plaintiff's proposed findings of fact in support of his motion for summary judgment.

ORDER

IT IS ORDERED that plaintiff Erik McDonald may have an enlargement of time to submit the proposed findings of fact in support of his motion for summary judgment. Plaintiff shall file the proposed findings of fact to his motion for summary judgment by May 4, 2012.

Entered this 26th day of April, 2012.

                                            BY THE COURT:

                                            PETER A. OPPENEER
                                            Magistrate Judge