IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIK McDONALD, JR.,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

v.                                                11-cv-113-wmc

MATTHEW GRANT,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Matthew Grant granting his motion for summary judgment and dismissing this case.

| /s/ | 4/10/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |